UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LANCE REYNOLDS,<br>    Plaintiff,<br>    v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>    Defendants. | Case No. 17-cv-04202-SI<br><br>**ORDER EXTENDING DEADLINE**<br>Re: Dkt. No. 8 |

Plaintiff's amended complaint was due on January 17, 2018. Plaintiff has filed a request for a 60-day extension of the deadline to file his amended complaint, urging that he needs additional time due to vision problems that he has developed. Docket No. 8. Upon due consideration, plaintiff's request for an extension of the deadline is GRANTED. Plaintiff must file his amended complaint no later than **May 18, 2018.**

**IT IS SO ORDERED**.

Dated: March 14, 2018

SUSAN ILLSTON
United States District Judge