UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LANCE REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>J. MERENDA,<br><br>Defendant. | Case No. 17-cv-04202-SI<br><br>**ORDER FOR SERVICE ON DEFENDANT MERENDA**<br><br>Re: Dkt. No. 20 |

Plaintiff filed a motion for a court order to compel the Correctional Training Facility – Soledad (CTF-Soledad) to release defendant J. Merenda's home address so that the U.S. Marshal could serve process on him. Docket No. 20. Court staff then made inquiries of the litigation coordinator at CTF-Soledad and learned that (a) Merenda has now authorized the litigation coordinator to accept service on his behalf and (b) the litigation coordinator has requested that the materials of service of process be mailed to him to accept on behalf of defendant Merenda. Plaintiff's motion therefore is DISMISSED as moot. Docket No. 20. In order to move this case toward resolution:

1. The clerk shall mail to defendant J. Merenda the following documents: the summons, a copy of the amended complaint, a copy of the orders at Docket Nos. 5, 6, 7, 9, 12, 14, and 19, as well as a copy of this order. The envelope should be addressed as follows:

> J. Merenda
> Correctional Training Facility – Soledad
> **Attn: Litigation Coordinator**
> P.O. Box 686
> Soledad, CA 93960

2. In order to expedite the resolution of this case, the following briefing schedule for dispositive motions is set:

    a. No later than **June 14, 2019**, defendant must file and serve a motion for summary judgment or other dispositive motion. If defendant is of the opinion that this case cannot be resolved by summary judgment, defendant must so inform the court prior to the date the motion is due. If defendant files a motion for summary judgment, defendant must provide to plaintiff a new *Rand* notice regarding summary judgment procedures at the time he files such a motion. *See Woods v. Carey*, 684 F.3d 934, 939 (9th Cir. 2012).

    b. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the court and served upon defendant no later than **July 12, 2019**. Plaintiff must bear in mind the notice and warning regarding summary judgment provided in the order for service of process on one defendant (Docket No. 14) as he prepares his opposition to any motion for summary judgment.

    c. If defendant wishes to file a reply brief, the reply brief must be filed and served no later than **July 26, 2019**.

**IT IS SO ORDERED**.

Dated: April 9, 2019

_____
SUSAN ILLSTON
United States District Judge