UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LANCE REYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>J. MERENDA,<br><br>    Defendant. | Case No. 17-cv-04202-SI (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on January 23, 2020, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Richard Lance Reynolds, Pro Se

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Anthony Tartaglio

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time. There is an offer of settlement that will remain open for 30 days from the date of settlement conference.

**IT IS SO ORDERED.**

Dated: January 24, 2020

ROBERT M. ILLMAN
United States Magistrate Judge