UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LANCE REYNOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MERENDA,<br><br>    Defendant. | Case No. 17-cv-04202-SI<br><br>**ORDER TO SHOW CAUSE RE. FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDER** |

On March 11, 2020, the Court ordered the parties to file case management statements no later than April 10, 2020 to provide information needed to set a schedule for this action after the parties were unable to reach a settlement of the one claim that remains for adjudication. Defendant filed his case management statement but plaintiff did not file a case management statement and has not otherwise communicated with the Court in over three months. Federal Rule of Civil Procedure 41(b) allows the Court to enter an involuntary dismissal of the action if a plaintiff fails to prosecute or otherwise comply with this order. Plaintiff is now ordered to show cause in writing filed no later than **May 26, 2020**, why this action should not dismissed for failure to prosecute and failure to comply with the March 11, 2020 order. Plaintiff is warned that, if the Court dismisses the case under Rule 41(b), a trial will not be held and the dismissal will be with prejudice, i.e., he will not be able to file a new action to pursue the claim.

    **IT IS SO ORDERED**.

Dated: April 24, 2020

SUSAN ILLSTON
United States District Judge