United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LANCE REYNOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MERENDA,<br><br>    Defendant. | Case No. 17-cv-04202-SI<br><br>**ORDER OF DISMISSAL** |

Plaintiff appears to have lost interest in this case. On March 11, 2020, the Court ordered the parties to file case management statements no later than April 10, 2020 to provide information needed to set a schedule for this action after the parties were unable to reach a settlement of the one claim that remains for adjudication. Plaintiff did not file a case management statement or otherwise communicate with the Court. On April 24, 2020, the Court issued an order for plaintiff to show cause no later than May 26, 2020, why this action should not be dismissed under Federal Rule of Civil Procedure 41(b) due to his failure to prosecute and failure to comply with the March 11, 2020 order. Plaintiff did not file a response to the order to show cause or otherwise communicate with the Court. Accordingly, this action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) because plaintiff has failed to prosecute this action and failed to comply with the March 11 and April 24 orders. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: June 8, 2020

_____
SUSAN ILLSTON
United States District Judge