UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LANCE REYNOLDS,

    Plaintiff,

v.

J. MERENDA,

    Defendant.

Case No. 17-cv-04202-SI

**JUDGMENT**

This action is dismissed because plaintiff failed to prosecute it and failed to comply with two orders of the Court.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 8, 2020

_____
SUSAN ILLSTON
United States District Judge